FILED
2026 Sep-09 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 24-13382

---

MARTIN D. RENFROE,

*Plaintiff-Appellee-Cross Appellant,*

*versus*

USAA,

*Defendant-Appellant-Cross Appellee.*

---

Appeals from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 4:21-cv-01649-SGC

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 11, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: September 9, 2026