FILED
2026 Oct-05 AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| **MARTIN D. RENFROE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.: No. 4:21-cv-01649-SGC** |
| **USAA GENERAL INDEMNITY COMPANY,** | ) | |
| **Defendant.** | ) | |

**USAA GENERAL INDEMNITY COMPANY'S MOTION TO RELEASE SUPERSEDEAS BOND**

Defendant USAA General Indemnity Company ("USAA GIC") respectfully moves the Court, an Order releasing the supersedeas bond previously filed as Doc.

1. On September 30, 2024, this Court entered a judgment against USAA GIC in the amount of $226,727.85. Doc. 86.

2. USAA GIC then filed an appeal from this Court's final judgment. Doc. 87.

3. This Court approved USAA GIC's supersedeas bond under Rule 62, which provides for a stay on execution following the 30-day

automatic stay upon the court's approval of a supersedeas bond. *See* Doc. 102; FED. R. CIV. P. 62(b) ("At any time after judgment is entered, a party may obtain a stay by providing a bond or other security. The stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security.").

4. USAA GIC then posted the supersedeas bond to stay judgment pending the Eleventh Circuit's resolution of its appeal. Doc. 105; Doc. 106.

5. The Eleventh Circuit ruled in USAA GIC's favor in its appeal. Doc. 121-1.

6. On September 9, 2026, the Eleventh Circuit issued its mandate in that appeal to this Court.

7. The supersedeas bond is no longer needed because there is no longer a judgment against USAA.

8. If the supersedeas bond is not released, USAA will need to pay the next annual premium on the bond by October 28, 2026.

9. USAA, accordingly, ask this Court to release the supersedeas bond.

WHEREFORE, USAA respectfully requests that this Court enter an order releasing the supersedes bond.

Respectfully submitted,

s/ *Mary K. Mangan*
Mary K. Mangan

**OF COUNSEL:**

John C. Neiman, Jr.
Mary K. Mangan
MAYNARD NEXSEN PC
1901 Sixth Ave. N., Ste. 1700
Birmingham, AL 35203
T: 205.254.1000
F: 205.254.1999
jneiman@maynardnexsen.com
mmangan@maynardnexsen.com

James L. Pattillo
Priscilla K. Williams
CHRISTIAN & SMALL LLP
505 20th St., Ste. 1800
Birmingham, AL 35203
T: 205.795.6588
F: 205.328.7234
pkwilliams@csattorneys.com
jlpattillo@csattorneys.com

*Attorneys for Defendant USAA General Indemnity Company*