FILED
2026 Oct-07 AM 11:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | | |
|---|---|---|
| MARTIN D. RENFROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:21-cv-01649-SGC |
| | ) | |
| USAA GENERAL INDEMNITY COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On September 9, 2026, the Eleventh Circuit Court of Appeals vacated the final order in favor of plaintiff Martin D. Renfroe and against defendant USAA General Indemnity Company and remanded the action for further proceedings. (Doc. 121). On October 5, 2026, USAA moved the court to release the previously approved supersedeas bond, asserting the bond is no longer necessary because the judgment has been vacated. (Doc. 122).

USAA's motion is **GRANTED** (Doc. 122), and the court **ORDERS** the release of the supersedeas bond (Doc. 106).

**DONE** this 7th day of October, 2026.

Staci G. Cornelius

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE